

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00291-CR

**JAVIER RIOS MARTINEZ,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 12th District Court
### Walker County, Texas
### Trial Court No. 22614

## ABATEMENT ORDER

On December 7, 2004, appellant, Javier Rios Martinez was charged with intoxication assault with a vehicle causing serious bodily injury. *See* TEX. PENAL CODE ANN. § 49.07 (West 2011). Pursuant to a plea bargain with the State, appellant pleaded guilty to the charged offense. On December 5, 2005, the trial court accepted appellant's guilty plea, sentenced him to eight years' imprisonment, suspended the sentence, and placed appellant on community supervision for eight years.

Subsequently, on December 2, 2013, the State filed a motion to revoke appellant's community supervision, alleging numerous violations. Presumably after a hearing, the trial court determined that the allegations contained in the State's motion to revoke were true and thereafter revoked appellant's community supervision and sentenced him to eight years' confinement in the Institutional Division of the Texas Department of Criminal Justice.

On October 1, 2014, appellant's retained counsel, Rosalind Kelly, filed a notice of appeal in this matter. The Clerk's Record in this matter was filed on November 4, 2014. Our records indicate that appellant's counsel did not request that a copy of the Reporter's Record be filed in this Court; therefore, on January 12, 2015, we submitted this case on the Clerk's Record only.

On February 18, 2015, we informed Kelly that her brief in this matter was late. In our February 18, 2015 letter, we noted that, unless a brief or satisfactory response is received within fourteen days, we would abate this appeal and order the trial court to conduct a hearing pursuant to Texas Rules of Appellate Procedure 38.8(b)(2)-(3). *See* TEX. R. APP. P. 38.8(b)(2)-(3). On March 4, 2015, Kelly filed a motion for extension of time, requesting an additional sixty days to file her brief in this matter. We granted Kelly's motion.

When we did not receive a response from Kelly within sixty days, we sent another late brief notice. In our May 15, 2015 letter, we once again informed Kelly that this case would be abated for further proceedings in the trial court unless Kelly responded within

fourteen days. The deadline for Kelly's response was May 29, 2015. To date, we have not received a brief or response to our May 15, 2015 letter.

We hereby abate this appeal to the trial court to conduct any necessary hearings within twenty-eight (28) days after the date of this order pursuant to Texas Rules of Appellate Procedure 38.8(b)(2) and (3). *See* TEX. R. APP. P. 38.8(b)(2)-(3). The trial court clerk and court reporter shall file supplemental records within forty-two (42) days after the date of this order.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal abated
Order issued and filed on June 18, 2015
Do not publish

